UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60461-CIV-ZLOCH

JASON CHIEVER,

    Plaintiff,

vs.                                      **O R D E R**

R.J. SCHOR INC., d/b/a
SIGN SOLUTIONS,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant's Motion To Tax Costs (DE 40).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Defendant prevailed in this action after a jury found it was not covered under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  The Court then entered Final Judgment in favor of Defendants. See DE 37.  By the instant Motion, Defendant as the prevailing party, seeks a total of $675.02 pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920 for costs incurred in this action.  The costs claimed are split between copy costs for the Defendant and the costs for depositions and transcripts of two witnesses's for use at trial, all of which are fully contemplated under § 1920.  Plaintiff has not objected to this Motion or otherwise filed a response.

    The Court notes that a prevailing party is entitled to interest on costs from the date of the original judgment.  See BankAtlantic v. Blythe Eastman Paine Webber, Inc., 12 F.3d 1045,

1052 (11th Cir. 1994) (citations omitted).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion To Tax Costs (DE 40) be and the same is hereby **GRANTED;** and

2. Defendant R.J. Schor, Inc. d/b/a Sign Solutions does have and recover from Plaintiff Jason Chiever, costs in the amount of $675.02, plus interest at a rate of 2.26% from July 8, 2008, pursuant to Fed. R. Civ. P. 54 and 28 U.S.C. § 1920, for all of which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this __2nd__ day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record